3:17cv455

UNITED STATES DISTRICT COURT
WESTERN DISTRICT of NORTH CAROLINA

Robert S. Ballard,
Plaintiff

-VS-

Dr. Olushola J. Metiko
Dr. G. Haynes
UR Board Defendants

Plaintiff's Motion FOR Preliminary Injunction OR An Immediate Hearing

FILED
CHARLOTTE, NC
JUL 31 2017
US District Court
Western District of NC

Comes Now Plaintiff, Robert S. Ballard And files this Motion For A Preliminary Injunction because Nothing this court could do at a later date could repair the injury and suffering Plaintiff is going through with Chronic Pain in his back.

1. Plaintiff has been on pain medications since plaintiff fell approx 28ft when a ladder broke dropping plaintiff to the ground.

2. Since Plaintiff was placed in prison, July 2011, Prison Doctors have treated Plaintiff's Chronic Back Pain with 10 mg Oxycodone 3 and 4 times a day. In 2015 Plaintiff's pain medication was increased his pain medications to every 4 hrs - Then in Jan 2016 plaintiff's pain medications was changed to 45 mg MS-Contin every 12 hours with 5 mg Oxycodone for break through pain.

3. Plaintiff was Transferred From Maury CI (A medical/prison) To Scotland CI A prison that is not supposed to accept inmates with Acuity level A-3 with All plaintiff's Medical

Restrictions. Plaintiff was transferred from Scotland CI to Central Prison Hosp in JAN 2017.

4. Plaintiff was taken to UNC Hosp. because plaintiff continued to have chest pain. Drs at UNC did A Heart Cath and plaintiff received another stent, making plaintiff having (10) Ten stents in his heart.

5. In April 21, 2017 Plaintiff was taken back to Dr. Price At UNC Hospital to the Neurology Dept. Dr. Price has been treating plaintiff since early in 2014. Dr. Price told Plaintiff he was too High of Risk for any surgery and even if he could do surgery the benefits from surgery are low compared to the risks involved. Dr. Price said no surgeon would touch plaintiff with his heart condition. Dr Price ordered the same pain medications, 45mg MS-Contin with 5mg oxycodone.

6. When plaintiff returned to Central Prison Hosp he was seen in the Urgent Care by Dr. Gentry, who ordered the medications that Dr Price ordered for plaintiff

7. Later that night, Plaintiff received 5mg oxycodone and was told the UR Board denied the order for MS-Contin.

8. Several days later, Plaintiff was again in Urgent Care and explained to the Dr that the UR Board denied plaintiff's MS-Contin This Dr. ordered 10 mg oxycodone every 6hrs for his Chronic Back Pain.

9. Plaintiff was kept on 10 mg oxycodone until Dr. G. Haynes

changed the 10 mg to 5mg every 8 hours. Dr. G. Haynes Read Dr. Price's order from 4-21-17 in front of Plaintiff and told plaintiff he would ask for approval to send plaintiff back to see Dr. Price.

10. Plaintiff has suffered severe pain 24/7 since plaintiff's pain medications were changed by Dr. G. Haynes at Lanesboro CI

11. Plaintiff began having chest pain and Plaintiff's blood pressure began to drop into 70's over 30's, and 40's -

12 Medical Staff at Lanesboro sent plaintiff to the local Hosp about 6 times in 3 days because plaintiff's blood pressure continued to drop almost daily.

13. After several trips to the local hospital, Medical Staff at Lanesboro tried to get plaintiff transferred to another prison and no prison would accept plaintiff because of his medical issues

14. Finally after another 2 Trips to the local Hosp plaintiff was Transferred on July 21, 2017 at 10 PM to Central Prison Hosp

15 Plaintiff has had 2 occasions of Chest pain, with his Blood pressure dropping into the low 70's over 38 & 41

16. Plaintiff is only receiving 5mg Oxycodone for his Chronic pain even though Dr. Sain has Read Dr. Price's orders from April 21, 2017.

17. Plaintiff is in pain 24/7 with his back. There is a lot of documents pertaining to plaintiff's back pain

18. Plaintiff suffers from Chronic Back pain from the injury of plaintiff falling approx 28 Ft.
19. Plaintiff can hardly push his wheelchair because of the pain from plaintiff's back
20. Plaintiff is suffering because Dr. Haynes, Dr. Matiko and the UR Board Refuse to approve the medications that was ordered by Dr. Price, their Specialist at UNC Hospital

Plaintiff Respectfully prays this Court will grant this Preliminary Injunction. In no way would granting this Preliminary Injunction harm the defendants in any way. Plaintiff would benefit by Receiving the orders from Dr. Price at UNC Hospital. Plaintiff Asks the Court to either grant this Motion or order an immediate hearing on the issues in this Preliminary Injunction

Respectfully Submitted

Dated July 23, 2017

Robert Ballard

UNITED STATES DISTRICT COURT
WESTERN DISTRICT of North CAROLINA

Robert Ballard, plaintiff
vs
Dr. Olushola J. Metiko, Et. Al

DECLARATION of Robert S. Ballard

Robert S Ballard hereby declares:

I was confined at Lanesboro Corr. Inst. from May 2017 until July 21, 2017. Plaintiff Arrived at Lanesboro with an Acuity Level of A-3; Lanesboro is not a prison that is to accept inmates with an Acuity level of 2AB - Lanesboro is not a Medical prison. Their Medical Dept has the less amount of Medical staff - some Nurse are being Required to work their regular shift and half of the next shift because they do not have enough Nurses at Lanesboro

They kept plaintiff in Main Medical because they could not deal with All plaintiff's medical issues and they tried to get Plaintiff transferred and no prison in N.C. would accept plaintiff because of All plaintiff's medical issues. Plaintiff's Acuity level was changed by Dr. G. Haynes And Nurse Thompson. Plaintiff did not receive a physical as is Required by DPS policy on Activity levels to be changed.

Plaintiff was then placed in Anson Unit Cell A-9 and remain in this cell. Plaintiff was unable to clean his cell, unable to make his bed all because of plaintiff's back condition.

Plaintiff had been sent to the local hospital at least 6 times in the last 8-10 days due to plaintiff's blood pressure dropping and plaintiff having chest pains.

Plaintiff is confined to a wheelchair and has a lot of problems to get up - most of the time a corr. officer will have to assist plaintiff to get out of his wheelchair

Dr Price told plaintiff that he was too high risk for surgery and no surgeon would touch plaintiff because of plaintiff's heart condition

Plaintiff suffering severe pain 24/7 with his chronic back pain. If plaintiff could receive the medications that was ordered by Dr Price it would help with pain that plaintiff suffers

Drs Haynes, Dr. Metiko and the UR Board are all aware of plaintiff's back condition yet refuse to allow plaintiff to have the treatment ordered by the DPS's Specialist at UMC Hospital.

Plaintiff respectfully request this Court grant the Preliminary Injunction / or for an Immediate hearing on these issues.

July 23, 2017

Respectfully Submitted

Robert C Ball